UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES MOODY,

        Petitioner,

v.

SCOTT FRAKES,

        Respondent.

Case No. C09-5204RJB-KLS

ORDER REGARDING SERVICE COPIES

This matter is before the Court on petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner, through his legal counsel, filed his petition with the Court on April 13, 2009. (Dkt. #). However, petitioner did not provide the Court with service copies of the petition, so that service on respondent and the Washington State Attorney General as required can be made. Plaintiff, therefore, hereby is ordered to provide the Court with two (2) copies of the petition for that purpose by **no later than May 29, 2009. Failure to timely file the correct number of copies thereof by the above date, may result in a recommendation that the petition be dismissed without prejudice.**

The Clerk shall send a copy of this Order to counsel for petitioner.

DATED this 29th day of April, 2009.

        Karen L. Strombom
        United States Magistrate Judge

ORDER
Page - 1