UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CARL MOODY,

                Petitioner,

  v.

SCOTT FRAKES,

                Respondent.

Case No. C09-5204RJB-KLS

ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO SET DATE FOR REPLY BRIEF

This matter is before the Court on petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. This matter is before the Court on petitioner's filing of an unopposed motion to set the date for filing a reply brief. (Dkt. #11). The Court, having reviewed petitioner's motion, hereby finds and ORDERS as follows:

In his motion, petitioner requests that the date for filing a reply brief to respondent's answer be set for July 24, 2009. Petitioner states he has contacted opposing counsel in this matter, who has no objection to that date.

Accordingly, petitioner's unopposed motion to set the date for filing a reply brief (Dkt. #11) hereby is GRANTED. Petitioner shall reply his reply brief by **no later than July 24, 2009**. As such, petitioner's petition hereby is re-noted for consideration on **July 31, 2009**.

ORDER - 1

1 | The Clerk shall send a copy of this Order to counsel for petitioner and to counsel for
2 | respondent.
3 | DATED this 24th day of June, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2